UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN K. TOSCANO,<br><br>          Plaintiff,<br><br>    v.<br><br>WARDEN D. DAVEY, et al.,<br><br>          Defendants. | 1:16-cv-01554-EPG (PC)<br><br>ORDER FOR OFFICE OF THE ATTORNEY GENERAL TO ADDRESS PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIF<br><br>(ECF Nos. 11-12)<br><br>14-DAY DEADLINE |

Benjamin K. Toscano ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on September 23, 2016. (ECF No. 1). The Complaint has not yet been screened, and at this time the Court is not making a determination regarding whether the claim(s) are meritorious. Plaintiff has consented to magistrate judge jurisdiction (ECF No. 10), and no other parties have appeared.

On November, 2016, Plaintiff filed two motions for injunctive relief. (ECF Nos. 11-12). The Complaint and the motion for injunctive relief (ECF No. 12) contain allegations that Plaintiff is in imminent danger. The other motion for injunctive relief (ECF No. 11) contains allegations that Plaintiff is being retaliated against for filing lawsuits, and prison officials are refusing to give

him access to his legal documents.

Given the nature of the allegations, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days from the date of service of this order, the Office of the Attorney General shall address the allegations in Plaintiff's Motions (ECF Nos. 11-12), as well as his requested relief; and

2. The Clerk of the Court is directed to serve Supervising Deputy Attorney General Monica Anderson with:

   a. A copy of this order; and

   b. A copy of the Motions (ECF Nos. 11-12).

IT IS SO ORDERED.

Dated:   **November 10, 2016**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE